***UNITED STATES BANKRUPTCY COURT***
***SOUTHERN DISTRICT OF NEW YORK***
***-----------------------------------------------------X***
***In Re:***

**Peter Berman**

***-----------------------------------------------------X***

***ORDER OF DISMISSAL***
**FOR**
***FAILURE TO PROSECUTE***
***BANKRUPTCY APPEAL***

26-CV-10360 NSR

FROM: VITO GENNA, CLERK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

TO: TAMMI M. HELLWIG, CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: Peter Berman
DATE OF FILING NOTICE OF APPEAL: 10/28/2026
BANKRUPTCY DOCUMENT #: 64

BANKRUPTCY CASE: **26-B-35167 (KYP)**

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to file the Designation of Items to be Included in the Record as required by:

_X_ FRBP 8009
___ Federal Rules of Civil Procedure (Rule _____)
_X_ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
____ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated: **November 25, 2026**
New York, New York

Vito Genna, Clerk
U.S. Bankruptcy Court, SDNY

By: Gwen Kinchen
Deputy Clerk

***ORDER***

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated November 25, 2026
New York, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge